```
_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

                    AUG 0 8 2025
                    AT BALTIMORE
                CLERK, U.S. DISTRICT COURT
                  DISTRICT OF MARYLAND
         BY _____ DEPUTY
```

## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

The Drug Enforcement Agency, U.S. Postal Inspection Service, and the Food and Drug Administration Office of Criminal Investigation (collectively, "Investigators") have been investigating a drug trafficking organization utilizing the dark web to facilitate the sale of controlled substances, primarily counterfeit methamphetamine and benzodiazepine tablets. Throughout the investigation, Investigators interdicted packages and conducted controlled buys containing various controlled dangerous substances ("CDS") sold or caused to be sold by the Defendant.

On October 25, 2022, the Defendant submitted several parcels to the United States Post Office at 1177 Annapolis Road, Odenton, MD 21113. Those parcels noted VegSweet, 54252 Childs Ave., Millersville, MD 21108 and Britellaptics, 6098 Hollyoak Rd., Odenton, MD 21113 as the return addresses. After a police drug detection dog alerted to the packages and Investigators obtained a search warrant, Investigators discovered suspected counterfeit pills within the packages. The pills were subsequently tested by the FDA Forensic Chemistry Center ("FCC") and found to contain, among other controlled substances, methamphetamine. The FCC also determined the net weight of the methamphetamine to be 8.71 grams. The Defendant stipulates and agrees that he knowingly, willfully, and unlawfully distributed and possessed with intent to distribute methamphetamine.

Investigators conducted several controlled purchases over the dark web from the moniker Cannedgoods. The Defendant is part of a group of individuals responsible for the sale of controlled substances at various dark web marketplaces using Cannedgoods. One of those controlled purchases occurred on January 3, 2024. Using an undercover account, Investigators purchased suspected counterfeit Adderall tablets from Cannedgoods on the Incognito marketplace. After a few weeks, the purchased tablets arrived. Investigators also submitted these tablets to be tested by the FCC. The FCC determined them to contain methamphetamine with a total net weight of 49.09 grams. The Defendant stipulates and agrees that he knowingly, willfully, and unlawfully distributed and possessed with intent to distribute the methamphetamine purchased by Investigators on January 3, 2024.

All the above-described events took place in the District of Maryland.

Rev. August 2018

9

SO STIPULATED:

                                                Adeyemi Adenrele
                                                Assistant United States Attorney

10/24/2024
Date

                                                Ryan Cusick
                                                Defendant

10/24/2024
Date

                                                Robert C. Bonsib, Esq.
                                                Counsel for Defendant